# William L. O'Connell, Receiver, Appellee, v. Abraham Jacobs et al.
## Appeal of Abraham Jacobs, Appellant.

Gen. No. 41,327.

DENIS E. SULLIVAN, J., dissenting.

opinion filed November 20, 1940. Fred Albert, for appellant; Norman C. Barry, for appellee; Harold L. Reeve, Norbert B. Tyrrell and Daniel S. Wentworth, Jr., of counsel. Opinion by JUSTICE BURKE. ''Not to be published in full.''